UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?         Yes

                                                                                                                                                               No

    If no, please indicate which application this represents:         Second

                                                                                                                                                              Third

                                                                                                                                                            Other _____

Date of Service of Summons:

Number of days requested:         30 days

                                              15 days

                                              Other \_\_\_\_\_ days

**New Deadline Date:**         *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

        Full Name:

        State Bar No.:

        Firm Name:

        Address:

        Phone:

        Fax:

        Email:

A certificate of conference does not need to be filed with this unopposed application.