IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DRAM TECHNOLOGIES LLC<br><br>v.<br><br>AMERICA II GROUP, INC. d/b/a<br>AMERICA II CORP., ET AL. | Civil Action No. 2:10-cv-45-TJW<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court, having considered DRAM Technologies LLC's ("DRAM Tech") unopposed motion ("Motion") for an extension of time to respond to Defendant Elite Semiconductor Memory Technology Inc.'s ("Elite") Motion to Dismiss For Lack of Personal Jurisdiction and for leave to serve document requests and interrogatories re the personal jurisdictional issue raise by Elite ("Motion"), is of the opinion that such motion should be GRANTED. It is therefore:

ORDERED that Plaintiff DRAM Tech's time to answer the Motion to Dismiss is extended until 14 days after Elite produces its documents and responses pursuant to the referenced requests for production and interrogatories. DRAM Tech is further GRANTED leave to serve upon Elite, prior to the discovery period, no more than thirty (30) requests for production, no more than fifteen (15) requests for admission, and no more than twenty (20) interrogatories targeted to the issue of personal jurisdiction.

SIGNED this 12th day of August, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE